OPINION — AG — INSOFAR AS A PATIENT CONFINED UNDER THE CONTROL OF THE DEPARTMENT OF MENTAL HEALTH IS NON INDIGENT, THE PATIENT HAS A STATUTORY DUTY TO PAY FOR ALL EXPENSES INCURRED. 43A O.S. 1971 111 [43A-111], IN CASES WHERE THE DEPARTMENT OF MENTAL HEALTH ASSUMES LEGAL RESPONSIBILITY FOR AN INDIGENT PATIENT, THE DEPARTMENT IS LIABLE FOR ALL EXPENSES INCURRED. CITE: 43A O.S. 1971 57 [43A-57] (DAVID K. MCCURDY)